**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RICKS,<br><br>  Plaintiff,<br><br>  v.<br><br>KINGS VIEW MENTAL HEALTH SERVICES, et al.,<br><br>  Defendants. | Case No. 1:14-cv-01762-AWI-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

By motion filed November 10, 2014, Plaintiff Melvin Ricks seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. Nonetheless, the Clerk of Court SHALL NOT issue new case documents and the summons until the Court has screened the complaint.

IT IS SO ORDERED.

Dated:  **November 14, 2014**                  **/s/ Sandra M. Snyder**
                                                                              UNITED STATES MAGISTRATE JUDGE

1