William M. Woolman, State Bar No. 145124
Marcia A. Ross, State Bar No. 160489
Christopher M. Rusca, State Bar No. 264608
**SAGASER, WATKINS & WIELAND, PC**
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

Attorneys for Defendant KINGS VIEW, erroneously sued as
KINGS VIEW MENTAL HEALTH SERVICES D/B/A BLUE SKY
WELLNESS CENTER

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN RICKS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KINGS VIEW MENTAL HEALTH SERVICES D/B/A BLUE SKY WELLNESS CENTER,<br><br>　　　　Defendant. | Case No.:　　1:14 CV-01762-AWI-SMS<br><br>**STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; ORDER** |

Plaintiff, Melvin Ricks, pro per, and Defendant, KINGS VIEW, erroneously sued as KINGS VIEW MENTAL HEALTH SERVCES D/B/A BLUE SKY WELLNESS CENTER, by and through its attorneys, hereby stipulate to dismissal with prejudice of the complaint in this action pursuant to Fed. R. Civ. P. 41(a), and subject to the terms and conditions of the parties' Settlement Agreement. The Court is respectfully asked to retain jurisdiction to enforce the Settlement Agreement in this action.

///

///

///

///

**(Signatures and Order to follow on next page)**

STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; ORDER
*Ricks v. Kings View Mental Health Services D/B/A Blue Sky Wellness Center*
U.S.D.C. E.D.C.A. Case No.: 1:14-CV-01762-AWI-SMS

015069.00003 - 127872.1

Respectfully Submitted,

Dated: August 27, 2015

    /s/Melvin Ricks
Melvin Ricks

Dated: August 27, 2015　　　　　　　　**SAGASER, WATKINS & WIELAND PC**

By:　/s/William M. Woolman
William M. Woolman
Marcia A. Ross
Christopher M. Rusca
Attorneys for Defendant KINGS VIEW, erroneously sued as KINGS VIEW MENTAL HEALTH SERVICES D/B/A BLUE SKY WELLNESS CENTER

IT IS SO ORDERED.

Dated:  August 28, 2015　　　　　　　_____
SENIOR DISTRICT JUDGE

---

2
STIPULATION OF DISMISSAL PURSUANT TO SETTLEMENT; ORDER
*Ricks v. Kings View Mental Health Services D/B/A Blue Sky Wellness Center*
U.S.D.C. E.D.C.A. Case No.: 1:14-CV-01762-AWI-SMS

015069.00003 - 127872.1

SAGASER, WATKINS & WIELAND PC
ATTORNEYS AT LAW
7550 North Palm Avenue, Suite 100
Fresno, California 93711
Telephone: (559) 421-7000